IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN D. MOORE,

        Petitioner,                      No. CIV S-06-0119 GEB GGH P

   vs.

STATE OF CALIFORNIA,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        The petition identifies five grounds for relief: 1) conviction obtained pursuant to an unconstitutional search and seizure; 2) ineffective assistance of counsel; 3) sentence violates the Eighth Amendment; 4) jury instruction error; and 5) the trial court improperly denied petitioner's motion for a new trial.

        On February 15, 2006, the court issued an order finding that petitioner's claim 5 was not exhausted. The court ordered petitioner to inform the court how he wished to proceed. On February 21, 2006, petitioner filed a motion to dismiss his unexhausted claim. Good cause appearing, this request is granted and the court will order respondent to file a response to the four remaining claims.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's February 21, 2006, motion to dismiss his unexhausted claim is granted; claim 5 (alleging that the trial court improperly denied petitioner's motion for a new trial) is dismissed;

2. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

DATED: 3/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
mo119.100