IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN D. MOORE,

    Petitioner,                    No. CIV S-06-0119 GEB GGH P

    vs.

STATE OF CALIFORNIA,

    Respondent.                 ORDER

_____/

        Petitioner has requested an extension of time to file and serve an opposition to the respondent's motion to dismiss pursuant to the court's order of March 3, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 23, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to the respondent's motion to dismiss.

DATED: 6/8/06

                              /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:bb
moor0119.111