IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN D. MOORE,

    Petitioner,           No. CIV S-06-0119 GEB GGH P

    vs.

WARDEN CAMPBELL,

    Respondent.         ORDER TO SHOW CAUSE

_____/

    On September 1, 2006, petitioner was directed to file further briefing addressing good cause for his failure to exhaust his ineffective assistance of counsel claim prior to bringing this action. No briefing has been filed. Petitioner shall show cause in writing for the failure to file the briefing within ten (10) days of the filed date of this order.

DATED: 1/11/07

                                /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

moor0119.osc

1