IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN D. MOORE,

    Petitioner,                              2:06-cv-0119-GEB-GGH-P

  vs.

WARDEN CAMPBELL, et al.,

    Respondent.                             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 2, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The magistrate judge recommended that petitioner's request to stay this action pending exhaustion of his ineffective assistance of counsel claim be denied.  The magistrate judge ordered petitioner to inform the court how he wished to proceed as to his exhausted claim alleging jury instruction error.

1

On March 14, 2007, petitioner filed a pleading stating that he wished to dismiss the unexhausted claim and proceed on his exhausted claim only.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 2, 2007, are adopted in full;

2. Petitioner's request to stay this action pending exhaustion of his ineffective assistance of counsel claim is denied;

3. Petitioner's March 14, 2007, request to dismiss his ineffective assistance of counsel claim is granted; this claim is dismissed;

4. Within thirty days respondent shall file a response addressing petitioner's jury instruction claim; petitioner's reply is due thirty days thereafter.

Dated:  April 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge